General Complaint

**FILED**
MAY 18 2016
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MUHAMMAD AFZAAL

Case Number: 4:16cv327

---

List the full name of each plaintiff in this action.

VS.

WESTLAKE FINANCIAL SERVICES

---

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff_____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.
_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

    Pla #1 MUHAMMAD AFZAAL
6600 PRESTON ROAD APT #725
PLANO, TX 75024

    Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD STE 100
LOS ANGELES, CA 90010

    Dft #2: _____

    Dft #3 _____

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I Did have previous affiliation with Westlake financial prior to this fraud taking effect. My first Car I Ever owned was with Westlake financial. On 11/27/15 upon Running my Credit for a loan, I was made aware the Westlake financial had a account in charge off, and also issued a REPO on my CREDIT. The amount showed was $8,772.00. I Immediatly Contacted Westlake to get some answers. I was told that a contract was signed and submitted through EJ Motors, and a first Month payment was submitted through Western Union to seal the Contract. I was also told the Car was also Repo'd from the dealership. I Requested for Westlake to do an investigation with their legal team, Since this is fraud, and I never drove anything off the LOT. Westlake Stated I need Cont.

PAGE 2

Cont.
to make FTC & get it Notirized along with a police Report. I did Easily fill out the FTC & got the Document Notirized; however, the Police Report was not do able since I have been residing in DALLAS. I was made aware of this offense in DALLAS, and when I went to the Police Station, I was told that the offense needed to have happened in DALLAS CITY limits. I Disclosed this Information to Westlake, and they Denied my case. Even After seeing that this is clearly FRAUD. I have been denied LOANS & FAVORS as well as opportunity because of my credit being severely DAMAGED by Westlake.
    Westlake financial is known for its SHADY PRACTICES & this is a addition to their many law suits we can read about. Also Westlake has my record on their file Since My FIRST CAR is PAYED off by them. The payment that binded me in Contract was made through Western Union by EJ Motors. But Westlake in my opinion did not Review this case well enough. I did also attach the alleged Contract. All the other information was not being disclosed to

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

It is very Simple. I just want my Credit fixed. Anything Negative from WestLAKE Financial that is IMPACTING MY CREDIT BE REMOVED. Also THE STRESS THAT they put me though as well as the embarrassment from being denied loans, etc. It has bee 23 Months APPARENTLY THAT this has hit my Credit. I WANT 40,000 FOR EACH Year this hit my CREDIT.

Signed this __18__ day of __MAY__ (Month), 20 __16__ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __5/18/2016__ Date

6600 PRESTON RD APT #725
PLANO TX, 75024

Signature of each plaintiff